```
MIME-Version:1.0
From:neb_bkecf@neb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc: bankruptcy@jhhz.net, jguthery@perrylawfirm.com, nwisehart@perrylawfirm.com, ustpregion13.om.ecf@usdoj.gov
Do not notice for BK case:

Message-Id:<6557286@neb.uscourts.gov>
Subject:Ch-13 11-42232-TJM Karen J. Anthony Order on Motion To Stay Pending Appeal
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### District of Nebraska

Notice of Electronic Filing

The following transaction was received from dkk entered on 5/21/2012 at 11:41 AM CDT and filed on 5/21/2012

**Case Name:** Karen J. Anthony
**Case Number:** 11-42232-TJM
**Document Number:** 219

**Docket Text:**
Order Denying Motion To Stay Pending Appeal filed by Debtor Karen Anthony (Related Doc # [209]). The motion is denied. Movant is responsible for giving notice to parties in interest as required by rule or statute. HEREBY ORDERED by Judge Timothy J. Mahoney. (Text only order) (dkk)

The following document(s) are associated with this transaction:

**11-42232-TJM Notice will be electronically mailed to:**

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

John M. Guthery on behalf of Creditor Cattle National Bank & Trust Co.
jguthery@perrylawfirm.com, nwisehart@perrylawfirm.com

Kathleen Laughlin
ecfclerk@ne13trustee.com, klaughlin13@ecf.epiqsystems.com

Todd R. Mulliner on behalf of Creditor Edenton North Home Owner's Association
bankruptcy@jhhz.net

**11-42232-TJM Notice will not be electronically mailed to:**

Karen J. Anthony
4930 Thomasbrook Lane
Lincoln, NE 68516

Recovery Management Systems Corporation
25 SE 2nd Ave Ste 1120
Miami, Fl 33131