IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF:<br><br>KAREN J. ANTHONY,<br><br>Debtor. | 4:12-CV-3124<br>4:12-CV-3125<br>4:12-CV-3126<br><br>BANKRUPTCY NO. BK11-42232<br><br>ORDER |
|---|---|

This case is before the Court on the debtor's notices of appeal (case no. 4:12-cv-3124 filing 1, case no. 4:12-cv-3125 filing 1, case no. 4:12-cv-3126 filing 1). The debtor seeks to appeal from three separate orders of the bankruptcy court. In case no. 4:12-cv-3124, the debtor appeals the bankruptcy court's May 4, 2012 order "which granted the Motion for Relief from Stay filed by Cattle National Bank & Trust Co." Case no. 4:12-cv-3124 filing 1 at 1. In case no. 4:12-cv-3125, the debtor appeals the bankruptcy court's May 4 order which denied her "Objection to the Proof of Claim of Cattle National Bank & Trust Co." Case no. 4:12-cv-3125 filing 1 at 1. And in case no. 4:12-cv-3126, the debtor appeals the bankruptcy court's May 4 order "which sustained in part and denied in part [the debtor's] Amended Objection to Claim of Edenton North Home Owner's Association." Case no. 4:12-cv-3126 filing 1 at 1.

The bankruptcy court orders at issue appear to be appealable under 28 U.S.C. § 158(a)(1). *See, Howard Delivery Serv., Inc. v. Zurich Am. Ins. Co., 547 U.S. 651 (2006);* *In re Saco Local Dev. Corp., 711 F.2d 441 (1st Cir. 1983).* And the record on appeal outlined in Fed. R. Bankr. P. 8006 has been filed with the Clerk of the Court. Accordingly, the merits of these appeals should be briefed by both the appellant (the debtor) and appellees (the trustees and creditors). *See* Fed. R. Bankr. P. 8009(a). Rule 8009(a) provides for relatively expedited briefing, and under the circumstances of this case, an expedited briefing schedule is appropriate. Accordingly,

IT IS ORDERED:

1. The appellant, Karen J. Anthony, shall file and serve her brief, in each of the above-captioned appeals, on or before July 6, 2012.

2. Any appellee wishing to file and serve a response brief may do so, in any of the above-captioned appeals, on or before July 23, 2012.

3. The appellant may file and serve a reply brief to any appellee's response brief on or before August 2, 2012.

4. These appeals shall be ripe for disposition immediately thereafter.

Dated this 20th day of June, 2012.

                                      BY THE COURT:

                                      *John M. Gerrard*
                                      John M. Gerrard
                                      United States District Judge