IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>KAREN J. ANTHONY,<br><br>Debtor. | 4:12-CV-3124<br>4:12-CV-3125<br>4:12-CV-3126<br><br>BANKRUPTCY NO. BK11-42232<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order, the orders of the United States Bankruptcy Court for the District of Nebraska (No. BK11-42232 filings 201, 203, and 205) are affirmed.

Dated this 11th day of September, 2012.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge